Original Copy

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

1 of 8

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Southern_ DISTRICT OF TEXAS
### _Civil Rights_ DIVISION

United States Courts
Southern District of Texas
FILED

_Gregory Michael Lewis   ID# 1012 4152_
Plaintiff's Name and ID Number

AUG 05 2019

David J. Bradley, Clerk of Court

_Nueces County Jail_
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

_Nueces County Jail / 901 Leopard, C.C. TX 78401_
Defendant's Name and Address

_Nueces County Texas / 901 Leopard, C.C. TX, 78401_
Defendant's Name and Address

_Nueces County Sheriffs Office / 901 Leopard, C.C. TX, 78401_
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: _N/A_

        2.  Parties to previous lawsuit:

            Plaintiff(s) _N/A_

            Defendant(s) _N/A_

        3.  Court: (If federal, name the district; if state, name the county.) _N/A_

        4.  Cause number: _N/A_

        5.  Name of judge to whom case was assigned: _N/A_

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _N/A_

        7.  Approximate date of disposition: _N/A_

II.  PLACE OF PRESENT CONFINEMENT: _Nueces County Jail_

III.    **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    **PARTIES TO THIS SUIT:**

A. Name and address of plaintiff: Gregory Michael Lewis
P.O. Box 1529, Corpus Christi TX 78403

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Nueces County Jail
901 Leopard Corpus Christi TX 78401
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Was denied prescribed medication, with no reason or just cause

Defendant #2: Nueces County Texas
901 Leopard Corpus Christi TX 78401
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
There was Judicial misconduct that was deliberate in the 148th district court

Defendant #3: Nueces County Sheriffs Office
901 Leopard Corpus Christi Tx 78401
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Participated in the denial of medication in county jail

Defendant #4: "Holt Feenster" or William Holt Feenster
Prosecuting attorney act of 148th district court in Nueces County
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Purposely with held medical records from a State Hospital that was ordered by Judge, then lied about the records, and Judicial Misconduct after repeatedly being asked for

Defendant #5: Mary Joe Gambell, Head Probation officer out of 148th district court
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
When in court was told about probation and no convictions and when there was convictions, when confronted about it denied everything. There are phone records to prove.

V.    **STATEMENT OF CLAIM:**

3

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how <u>each</u> defendant is involved.  <u>You need not give any legal arguments or cite any cases or statutes.</u>  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Explained in Hand written explnation.

Defendents 1-5 will be covered all on separate sheet of Papers

VI.    **RELIEF:**

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases  or statutes.

I need closer and proper legal help, I keep asking why and what was reason, but no certain answer on why prescribed Medication was taken, for no reason.

VII.   **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Gregery Michael Lewis / Greg Lewis

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Nuces County SID= 1019415.2, Bexar County SID= Unknown

VIII.  **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?        ___YES  ✓NO

B. If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _N/A____
2.  Case number: _N/A____
3.  Approximate date sanctions were imposed: _N/A____
4.  Have the sanctions been lifted or otherwise satisfied? N/A        ___YES ___NO

C.  Has any court ever warned or notified you that sanctions could be imposed?          _____ YES _✓_ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that issued warning (if federal, give the district and division): _N/A_

2.  Case number: _N/A_

3.  Approximate date warning was issued: _N/A_

Executed on: _7-20-2019_
         DATE

_Gregory Michael Lewis_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____ _20_ ____ day of ____ _7_ ____, 20 _19_ .
         (Day)                     (month)              (year)

_Gregory Michael Lewis_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

United States Courts
Southern District of Texas
FILED

AUG 0 5 2019

David J. Bradley, Clerk of Court

# TABLE OF CONTENTS

1. Original copy of 42 U.S.C. 1983
2. Part 1 Statement of claim
3. Part 2 Statement of claim
4. Copy of original from 42 U.S.C. 1983
5. Copy of Part 1 statement of claim
6. Copy of Part 2 Statement of claim
7. Inmate trust fund records
8. Inmate Grievance Procedure response
9. Grievance Halt Register from Chief Disciplinary Counsel of State Bar
10. Response from written complaint on Mary Jo Campbell probation officer, to Regina Lee of Probation Human Resources.
11. Timeline of events grievance procedure
12. Original letter of request for from 42 U.S.C. 1983
13. Part 3 explanation or overall conclusion
14. Added notes
15. Response to Grievance from # 1163 included in Inmate Grievance Procedure section at end of paperwork.

## INMATE GRIEVANCE/QUEJA DE PRESO

GRIEVANCE NO./NO. DE QUEJA

1163

**1 INSTRUCTIONS**
PLEASE FILL OUT ONLY THE UNSHADED BOXES IN PART 1, AND GIVE THE COMPLETED FORM TO A CORRECTIONS OFFICER. WRITE OR PRINT CLEARLY. PRESSING HARD SO ALL COPIES CAN BE READ.

**INSTRUCCIONES**
FAVOR DE COMPLETAR SOLO LAS CAJAS QUE NO SON OBSCURAS EN LA PARTE NO 1. DAR ESTA FORMA COMPLETA A UN CARCELERO. ESCRIBA CLARAMENTE. IMPRIMIENDO CON FUERZA PARA QUE TODAS COPIAS SEAN LEGIBLES.

YOUR NAME: LAST, FIRST/SU NOMBRE: APELLIDO PATERNAL, NOMBRE

*Lewis, Gregory*

TODAY'S DATE/FECHA DE HOY: 6-10-2019

YOUR CELL/SE CELDA: P # 14

PLEASE CHECK THE SUBJECTS YOU ARE WRITING ABOUT

FAVOR DE MARCAR LOS TEMAS DE LOS CUALES ESCRIBE

- [x] VISITS / VISITAS
- [ ] MAIL / CORREO
- [ ] HANDLING OF PROPERTY / CUSTODIA DE PROPIEDAD
- [ ] FOOD SERVICE / ALIMENTACION
- [ ] INMATE PROGRAMS / PROGRAMAS PARA PRESOS
- [ ] RELIGIOUS SERVICE / SERVICIOS RELIGIOSOS
- [ ] COUNSELING SERVICES / SERVICIOS DE CONSEJO
- [ ] LIBRARY / LIBRARY
- [ ] MEDICAL / SERVICIOS DE SALUD
- [ ] WORK RELEASE FURLOUGH / LIBERTAD CONDICIONAL O PARA TRABAJO
- [ ] INMATE CLASSIFICATION / CLASIFICACION DE PRESOS.
- [x] STAFF TREATMENT OF INMATES / TRATAMIENTO DE PRESOS POR CARCELEROS
- [ ] APPEAL GRIEVANCE
- [ ] APPEAL HEARING
- [x] OTHER / OTRO

HAVE YOU TRIED TO SOLVE THIS PROBLEM BY SPEAKING WITH A CORRECTIONS OFFICER OR SUPERVISOR?

HA TRATADO DE RESOLVER EL PROBLEMA HABLANDO CON UN CARCELERO O EL ENCARGADO?

- [x] YES / SI
- [ ] NO

HOW DID YOU TRY TO SOLVE IT?/COMO TRATO RESOLVERLO?

*By following Inmate Grievance Procedure in Texas Commission Jail Standards Rule # 33*

PLEASE DESCRIBE THE PROBLEM(S)/FAVOR DE DESCRIBIR LOS PROBLEMAS

*This Grievance is being written due to my Civil Rights being violated in accordance with the Americans with Disabilities Act because of lack of medication times. Enclosed is a written explanation on where and how to find Medical Records. And also Grievance Officer called me a liar without keeping proper documents.*

- [x] CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE/MARQUE LA CAJA SI CONTINUA EN OTRA PAGINA

PLEASE SIGN HERE/FAVOR DE FIRMAR AQUI

X *Gregory Lewis*

GRIEVANCE OFFICER: *Villareal*

DATE/FECHA: 6/12/19

TIME/HORA: 11:20

▶ **YOUR GRIEVANCE HAS BEEN RECEIVED, AND WILL BE INVESTIGATED BY THE GRIEVANCE OFFICER. YOU WILL RECEIVE A REPLY WITHIN 15 DAYS.**

**SU QUEJA HA SIDO RECIBIDA, Y SERA INVESTIGADA POR EL ADMINISTRADOR DE QUEJAS. USTED RECIBIRA UNA RESPUESTA DENTRO DE 15 DIAS.**

**2 INSTRUCTIONS**
PART 2 IS ONLY FILLED OUT BY THE GRIEVANCE OFFICER

**INSTRUCCIONES**
PARTE 2 SE COMPLETA SOLO POR EL ADMINISTRADOR DE QUEJAS

GRIEVANCE RESOLUTION/RESOLUCIÓN DE QUEJA:

- [ ] CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE/MARQUE LA CAJA SI CONTINUA EN OTRA PAGINA

GRIEVANCE OFFICER/ADMINISTRADOR DE QUEJAS:

DATE/FECHA:

▶ **IF YOU FEEL THAT THIS GRIEVANCE RESOLUTION IS NOT ACCEPTABLE, YOU MAY APPEAL IT TO THE COMMANDER OF ADMINISTRATION AND SUPPORT SERVICES OR DESIGNEE. YOUR APPEAL MUST FULLY DESCRIBE WHY YOU THINK THE GRIEVANCE OFFICER RESOLUTION WAS NOT ACCEPTABLE. THE DECISION MADE BY THE COMMANDER OF ADMINISTRATION AND SUPPORT SERVICES OR DESIGNEE IS FINAL IT CANNOT BE APPEALED.**

**SI USTED NO ACEPTA ESTA RESOLUCIÓN DE QUEJA, PUEDE APELARLA AL GERENTE DE ADMINISTRACIÓN Y SERVICIOS DE APOYO. SU APELACION DEBE DESCRIBIR COMPLETAMENTE LAS RAZONES PORQUE NO PUDO ACEPTAR LA RESOLUCIÓN DEL ADMINISTRADOR DE QUEJAS. LA DECISION DEL GERENTE DE ADMINISTRACION Y SERVICIOS DE APOYO ES FINAL. NO PUEDE SER APELADA.**

DISTRIBUTION OF THIS FORM

WHITE: RECORDS
YELLOW: GRIEVANCE OFFICER

PINK: INMATE
GOLD: SHERIFF

# TIMELINE of Events
## GRIEVANCE PROCEDURE

Reg. Form Pass

1. 05-14-19) 1st step of Grievance procedure written, Request to Duty Sgt and sent

2. 05-15-19) Answer From Duty Sgt received

3. 05-21-19) 2nd reply back From Duty Sgt, that is different From the First reply.

4. 05-18-19) 2nd step of Grievance Procedure written, due to problem still not resolved and is sent. Sent to Shift Lt.

5. 05/20/2019) Answer From 2nd step Grievance Procedure the Shift Lt.

6. 05/31/19) 2nd reply From Shift Lt, which was different From First reply in the second step of the grievance procedure.

7. 05-20-19) Third step of grievance procedure written and sent to the Captain, due to the previous steps of grievance procedure problem or issue still not resolved.

8. 05-20-19) Request Form written to Mrs. Wilson Grievance officer asking to have some copies made of my legal paper work. // As of 6-6-19 still no reply From grievance officer

9. 05-21-19) Still try to get official grievance forms, request was sent to medical as per being told by grievance officer Mrs. Wilson.

10. 05-24-19) Reply From medical received due to asking for grievance forms, which they still will not give to me.

*look on Back*

②

11. 05-28-2019) Two employees from Wel Path came to see me just to say no my medication is not allowed and no they do not give that sort of medication.

12. 05-24-19) Grievence officer came to talk to me, I asked her for grievence form once again, and start to accuse me of lying about what I was saying without her even looking up any records.

11 ⑪ 13. 05-28-19) Request sent to Duty Sgt, explaining Mrs. Wilson behavior, with her accusations of me lying. As of 6-6-2019 still no reply from duty Sgt.

⑫ 14. 06-4-2019) Request sent grievence officer/law library for indigent postage for legal paper work.

⑬ 15. 6-4-2019) With all three Grievence Procedure steps fully completed, asking Grievence officer Mrs. Wilson one last and Final time for official Grievence form.

④ 16. 6-4-2019) Request sent to commissary for past 6 months Inmate trust fund records.

15. 17. 6-06-2019) Inmate Trust Fund records received.

16. ⑮ 18. 6-10-2019) Request sent to Shift Lt. regarding Mrs. Wilson denying my Grievence form then calling me a liar, after I told her where to get documents. 2nd step grievence



# TIMELINE of Events
## GRIEVANCE PROCEDURE

19. 6-08-19 ) Had copies made of legal paperwork from a transport officer named Paredes due to Grievance Officer not replying.

20. 6-08-19 ) 4th step in Grievance Procedure Request sent to grievance officer Mrs. Wilson to once again get Formal Grievance Form, after asking multiple times while following proper procedure

21. 5-31-19 ) Reply sent back from Captain, third step in Grievance Procedure and problem still not resolved.

22. 6-8-2019 ) Had to go to Aramark Worker in the Jail for legal paperwork copies, which is grievance officers job. I have request for legal paper work no response. Took copies of pages 2,3, 5,6, 7-2

23. 6-8-2019 ) 4th step of Grievance Procedure submitted to the Grievance Officer Mrs Wilson.

24. 6-11-2019 ) Official Grievance dropped off personally and signed by grievance officer Mrs. Wilson.

25. 6-27-19 ) Sent a request to chief arnold for Grievance # 1163 update

26. 6-28-19 ) - response from Grievance officer still under investigation.

27. 6-13-19 ) Official Inmate Grievance sent to Grievance officer.

⋁

(4.)

28. (6-12-19); Answer for Grievance on
Probation officer Mary Jo Gamble
received

29. (7-16-19); Official Grievance form from
Office of chief Disciplinary counsel from State
Bar Texas received.

30. (7-19-19); Grievance form on Nueces County
court Prosecutor William Holt Feenster or
Holt Feenster sent and mailed to chief
Disciplinary Counsel in Austin, TX

31. (7-18-19) called Regina Lee in Human resources
for probation in response to her reply to my
complaint.

32. Reply received from Grievance procedure
form # 1163

GRIEVANCE NO./NO. DE QUEJA
**1163**

**INMATE GRIEVANCE/QUEJA DE PRESO**

(17) of 2

## 1 INSTRUCTIONS / INSTRUCCIONES

PLEASE FILL OUT ONLY THE UNSHADED BOXES IN PART 1, AND GIVE THE COMPLETED FORM TO A CORRECTIONS OFFICER. WRITE OR PRINT CLEARLY. PRESSING HARD SO ALL COPIES CAN BE READ.

FAVOR DE COMPLETAR SOLO LAS CAJAS QUE NO SON OBSCURAS EN LA PARTE NO 1. DAR ESTA FORMA COMPLETA A UN CARCELERO. ESCRIBA CLARAMENTE. IMPRIMIENDO CON FUERZA PARA QUE TODAS COPIAS SEAN LEGIBLES.

YOUR NAME: LAST, FIRST/SU NOMBRE: APELLIDO PATERNAL, NOMBRE
**Lewis, Gregory**

TODAY'S DATE/FECHA DE HOY
**6-12-2019**

YOUR CELL/SE CELDA:
**IP # 14**

PLEASE CHECK THE SUBJECTS YOU ARE WRITING ABOUT

FAVOR DE MARCAR LOS TEMAS DE LOS CUALES ESCRIBE

- [x] VISITS / VISITAS
- [ ] MAIL / CORREO
- [ ] HANDLING OF PROPERTY / CUSTODIA DE PROPIEDAD
- [ ] FOOD SERVICE / ALIMENTACION
- [ ] INMATE PROGRAMS / PROGRAMAS PARA PRESOS
- [ ] RELIGIOUS SERVICE / SERVICIOS RELIGIOSOS
- [ ] COUNSELING SERVICES / SERVICIOS DE CONSEJO
- [ ] LIBRARY / LIBRARY
- [ ] MEDICAL / SERVICIOS DE SALUD
- [ ] WORK RELEASE FURLOUGH / LIBERTAD CONDICIONAL O PARA TRABAJO
- [ ] INMATE CLASSIFICATION / CLASIFICACION DE PRESOS.
- [x] STAFF TREATMENT OF INMATES / TRATAMIENTO DE PRESOS POR CARCELEROS
- [ ] APPEAL GRIEVANCE
- [ ] APPEAL HEARING
- [x] OTHER / OTRO

HAVE YOU TRIED TO SOLVE THIS PROBLEM BY SPEAKING WITH A CORRECTIONS OFFICER OR SUPERVISOR?

HA TRATADO DE RESOLVER EL PROBLEMA HABLANDO CON UN CARCELERO O EL ENCARGADO?

- [x] YES / SI
- [ ] NO

HOW DID YOU TRY TO SOLVE IT?/COMO TRATO RESOLVERLO?
**By Following Inmate Grievance Procedure in Texas Commission Jail Standards Rule 283.3**

PLEASE DESCRIBE THE PROBLEM(S)/FAVOR DE DESCRIBIR LOS PROBLEMAS

This Grievance is being written due to my Civil Rights being violated in accordance with the Americans with Disabilities Act because of denial of Medication twice. Enclosed is a written explanation and where and how to find Medical Records. And also Grievance Officer called me a liar without looking paper documents.

- [x] CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE/MARQUE LA CAJA SI CONTINUA EN OTRA PAGINA

PLEASE SIGN HERE/FAVOR DE FIRMAR AQUI
X *Gregory Lewis*

| GRIEVANCE OFFICER | DATE/FECHA | TIME/HORA |
|---|---|---|
| | | |

▶ **YOUR GRIEVANCE HAS BEEN RECEIVED, AND WILL BE INVESTIGATED BY THE GRIEVANCE OFFICER. YOU WILL RECEIVE A REPLY WITHIN 15 DAYS.**

**SU QUEJA HA SIDO RECIBIDA, Y SERA INVESTIGADA POR EL ADMINISTRADOR DE QUEJAS. USTED RECIBIRA UNA RESPUESTA DENTRO DE 15 DIAS.**

## 2 INSTRUCTIONS / INSTRUCCIONES

PART 2 IS ONLY FILLED OUT BY THE GRIEVANCE OFFICER

PARTE 2 SE COMPLETA SOLO POR EL ADMINISTRADOR DE QUEJAS

GRIEVANCE RESOLUTION/RESOLUCIÓN DE QUEJA:

- [ ] CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE/MARQUE LA CAJA SI CONTINUA EN OTRA PAGINA

GRIEVANCE OFFICER/ADMINISTRADOR DE QUEJAS: | DATE/FECHA

▶ IF YOU FEEL THAT THIS GRIEVANCE RESOLUTION IS NOT ACCEPTABLE, YOU MAY APPEAL IT TO THE COMMANDER OF ADMINISTRATION AND SUPPORT SERVICES OR DESIGNEE. YOUR APPEAL MUST FULLY DESCRIBE WHY YOU THINK THE GRIEVANCE OFFICER RESOLUTION WAS NOT ACCEPTABLE. THE DECISION MADE BY THE COMMANDER OF ADMINISTRATION AND SUPPORT SERVICES OR DESIGNEE IS FINAL IT CANNOT BE APPEALED.

SI USTED NO ACEPTA ESTA RESOLUCIÓN DE QUEJA, PUEDE APELARLA AL GERENTE DE ADMINISTRACIÓN Y SERVICIOS DE APOYO. SU APELACION DEBE DESCRIBIR COMPLETAMENTE LAS RAZONES PORQUE NO PUDO ACEPTAR LA RESOLUCIÓN DEL ADMINISTRADOR DE QUEJAS. LA DECISION DEL GERENTE DE ADMINISTRACION Y SERVICIOS DE APOYO ES FINAL. NO PUEDE SER APELADA.

DISTRIBUTION OF THIS FORM | WHITE: RECORDS | PINK: INMATE
YELLOW: GRIEVANCE OFFICER | GOLD: SHERIFF

(1.)

(17)

# Grievance Explanation.

The reason why my Civil Rights has been violated with Americans with Dissabilities Act is my medication was denied to me twice and I will explain why. In 2017 out of the 148th district courts Honorable Judge Guy Williams ruled me incompetent to stand trial, with having a proper Psych. Evaluation and everything. In September 2017 I went to the San Antonio State Hospital or SASH for mental health treatment, as ordered by the Judge. While I was there I was put on the Unit called FANNIN. There was a PHD. Psychiatrist, named Dr. Baisses and a PHD. psychologist named Dr. Gray or Grey not sure how it's spelled. Well basically they called the Nueces County Jail and had told them they wanted to start me on some medication for my ADHD, and I am not sure who they talked to at the jail but they told the State Hospital I was not allowed to have that medication and that they did not want me on it. The State Hospital or My Doctor, Dr. Baisses told me he did not know what to do, and that my treatment was in fact effected and that I could not get the proper medical mental health treatment. I remember him saying his hands were tied and he did not know what to do. So that night there was when my medication was first denied by Nueces County Jail. Well in December of 2017 I was bench warranted



back to the County Jail, Well since Nueces County Jail told the hospital no about my ADHD medication the whole time I was there. The only medication I was given was benadryl and hydroxizine. I truly feel that my mental treatment was not offered to the fullest because of the jail, and was a waste time and also against the judges orders. The judge ordered all mental health treatment and it was not given. Well the hospital sent me back with a prescription of benadryl and hydroxyzine going back to the jail. Well as soon as I got to the jail the medical intake part of intake took my medication from me, with no reasoning no questioning or anything like that, they just said no I can't have it's and there was nothing I could do. I have a full blown report from the state hospital stating mental illness and everything. I told them about it and they never once looked at it or asked how to get it, they just said no. I was never looked at a medical doctor or anything. So with that being said that was the second time that my medication was denied without asking for any medical records or anything. That was the second time that my medication has been denied as a whole. If you look in the Nueces County Jail Inmate Rules and Regulations it mentions nothing about the kinds of medication they reject or anything, so I am starting to think that they are making the rules as they go along. Now it does say in the handbook

(3.)

page 16, 23.02, " You will be interviewed by the nurse prior to being taken to your unit. At this time, you should provide all information about your medical/health history. This information is used to evaluate for further medical treatment when it is needed". Well with that being said I gave them my medical history and told them about my medical records, and further medical treatment was needed and it was given and they still took my medication. My medical records date all the way back to my teenager years taking psych meds. I have medical records with doctors taking psych meds with doctor's Dr Rhia, Dr. Pinkley, Fort Campbell try, San Antonio State Hospital, and the crisis center in San Antonio, everything was given and where to look it up, and it was still denied, it being my medication. I even talked to the two women from Wellpath, they are the ones that deal with the medications in the jail, they told me they do not deal with some medications due to some inmates would sell it. My response is it is your job to supervise the inmates that take it, so that still does not answer my question, they need to do their job and supervise the inmates take the medication correctly. I have even talked to the Grievance Officer Mrs. Wilson about the medication, she replied that I can't have it or they don't give what I needed, I asked her why and her response was just because they don't. After that I told her exactly where to get my medical records



and all the proof needed for the grievance and she preceded to tell me that I was lying about everything and that I did not know what I was talking about. When in Fact she was the one that had an I don't know answer for everything. I do not appreciate being called a liar to my Face without looking up proper records and documents about being ~~being~~ told about to look up proper information. That does not even make sense why she did that, Mrs. Wilson the Grievance Officer. I am writing this official Grievance by the Texas Commission Jail Standards 283.3 in regards to investigate a problem and come to some sort of agreement which has yet to happen, I have Followed all steps and procedures posted to achieve this. In conclusion I have stated all places for psych record and documents to be gotten necessary to be seen to better understand what has happened I have a life history on record to be shown.

**INMATE GRIEVANCE/QUEJA DE PRESO**

GRIEVANCE NO./NO. DE QUEJA
1163

18.

**1** INSTRUCTIONS / INSTRUCCIONES

PLEASE FILL OUT ONLY THE UNSHADED BOXES IN PART 1, AND GIVE THE COMPLETED FORM TO A CORRECTIONS OFFICER. WRITE OR PRINT CLEARLY, PRESSING HARD SO ALL COPIES CAN BE READ.
FAVOR DE COMPLETAR SOLÓ LAS CAJAS QUE NO SON OBSCURAS EN LA PARTE NO 1. DAR ESTA FORMA COMPLETA A UN CARCELERO. ESCRIBA CLARAMENTE, IMPRIMIENDO CON FUERZA PARA QUE TODAS COPIAS SEAN LEGIBLES.

YOUR NAME: LAST, FIRST/SU NOMBRE: APELLIDO PATERNAL, NOMBRE
Lewis, Gregory

TODAY'S DATE/FECHA DE HOY
6-12-2019

YOUR CELL/SE CELDA:
1P # 14

PLEASE CHECK THE SUBJECTS YOU ARE WRITING ABOUT

FAVOR DE MARCAR LOS TEMAS DE LOS CUALES ESCRIBE

- [ ] VISITS / VISITAS
- [ ] MAIL / CORREO
- [ ] HANDLING OF PROPERTY / CUSTODIA DE PROPIEDAD
- [ ] FOOD SERVICE / ALIMENTACION
- [ ] INMATE PROGRAMS / PROGRAMAS PARA PRESOS
- [ ] RELIGIOUS SERVICE / SERVICIOS RELIGIOSOS
- [ ] COUNSELING SERVICES / SERVICIOS DE CONSEJO
- [ ] LIBRARY / LIBRARY
- [ ] MEDICAL / SERVICIOS DE SALUD
- [ ] WORK RELEASE FURLOUGH / LIBERTAD CONDICONAL O PARA TRABAJO
- [ ] INMATE CLASSIFICATION / CLASIFICACION DE PRESOS.
- [ ] STAFF TREATMENT OF INMATES / TRATAMIENTO DE PRESOS POR CARCELEROS
- [ ] APPEAL GRIEVANCE
- [ ] APPEAL HEARING
- [x] OTHER / OTRO

HAVE YOU TRIED TO SOLVE THIS PROBLEM BY SPEAKING WITH A CORRECTIONS OFFICER OR SUPERVISOR?
HA TRATADO DE RESOLVER EL PROBLEMA HABLANDO CON UN CARCELERO O EL ENCARGADO?
- [x] YES / SI
- [ ] NO

HOW DID YOU TRY TO SOLVE IT?/COMO TRATO RESOLVERLO?
By following Inmate Grievance Procedure in Texas Commission Jail Standards Rule 283.3

PLEASE DESCRIBE THE PROBLEM(S)/FAVOR DE DESCRIBIR LOS PROBLEMAS

This Grievance is being written due to my Civil Rights being violated in accordance with the Americans with Dissabilities Act because of denial of medication twice. Enclosed is a written explanation and where and how to find Medical Records. And also Grievance Officer called me a Liar without looking in proper documents.

[x] CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE/MARQUE LA CAJA SI CONTINUA EN OTRA PAGINA

PLEASE SIGN HERE/FAVOR DE FIRMAR AQUÍ
X Gregory Lewis

GRIEVANCE OFFICER:
VanWilson

DATE/FECHA
6/13/19

TIME/HORA
1120

▶ **YOUR GRIEVANCE HAS BEEN RECEIVED, AND WILL BE INVESTIGATED BY THE GRIEVANCE OFFICER. YOU WILL RECEIVE A REPLY WITHIN 15 DAYS.**

**SU QUEJA HA SIDO RECIBIDA, Y SERA INVESTIGADA POR EL ADMINISTRADOR DE QUEJAS. USTED RECIBIRA UNA RESPUESTA DENTRO DE 15 DIAS.**

**2** INSTRUCTIONS / INSTRUCCIONES

PART 2 IS ONLY FILLED OUT BY THE GRIEVANCE OFFICER
PARTE 2 SE COMPLETA SOLO POR EL ADMINISTRADOR DE QUEJAS

GRIEVANCE RESOLUTION/RESOLUCIÓN DE QUEJA:
6/28/19 - As of today 6/20/19 I am still investigating the situation.       6/20/19 VVWR

[ ] CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE/MARQUE LA CAJA SI CONTINUA EN OTRA PAGINA

GRIEVANCE OFFICER/ADMINISTRADOR DE QUEJAS:

DATE/FECHA

▶ IF YOU FEEL THAT THIS GRIEVANCE RESOLUTION IS NOT ACCEPTABLE, YOU MAY APPEAL IT TO THE COMMANDER OF ADMINISTRATION AND SUPPORT SERVICES OR DESIGNEE. YOUR APPEAL MUST FULLY DESCRIBE WHY YOU THINK THE GRIEVANCE OFFICER RESOLUTION WAS NOT ACCEPTABLE. THE DECISION MADE BY THE COMMANDER OF ADMINISTRATION AND SUPPORT SERVICES OR DESIGNEE IS FINAL IT CANNOT BE APPEALED.

SI USTED NO ACEPTA ESTA RESOLUCIÓN DE QUEJA, PUEDE APELARLA AL GERENTE DE ADMINISTRACIÓN Y SERVICIOS DE APOYO. SU APELACION DEBE DESCRIBIR COMPLETAMENTE LAS RAZONES PORQUE NO PUDO ACEPTAR LA RESOLUCIÓN DEL ADMINISTRADOR DE QUEJAS. LA DECISIÓN DEL GERENTE DE ADMINISTRACION Y SERVICIOS DE APOYO ES FINAL. NO PUEDE SER APELADA.

DISTRIBUTION OF THIS FORM
WHITE: RECORDS
YELLOW: GRIEVANCE OFFICER
PINK: INMATE
GOLD: SHERIFF

Reply to Grievance #1163
Gregory Lewis #10124152

After reviewing all of the statements and medical records from MHID personnel and Well Path medical staff, I have based my decisions solely on what was presented to me. I have found your claims to be unsubstituted at this time due to you given adequate medical care.

**Issue #1:** The first issue in your grievance is that you were denied your medication Benadryl and hydroxyzine in December 2017. This said medication was prescribed by SASH for ADHD and insomnia. You are claiming that this is a violation of Americans with Disabilities Act.

**Issue #1 Reply:** After reviewing all the information received from our medical department the Medical Director Jodie Wilder has given an explanation as to why you were not given the medication prescribed from SASH. I find your claim to be unsubstantiated due to our facility does not treat ADHD or insomnia and you were given adequate medical treatment during your stay in our facility.

Response from Jody Wilder:
Medication for ADHD Mr. Lewis is requesting is not formulary for this facility. The medication Mr. Lewis referenced in his grievance that was taken from him was placed in property per facility policy. Inmates do not keep medications on their person. Well-Path staff do not administer private medications. Mr. Lewis did receive an initial screening interview with the RN on 03/07/2019 and a health assessment on 3/19/2019. Mr. Lewis denied any medical concerns or conditions. Mr. Lewis was seen on 4/4/19 for reported lesion. Mr. Lewis received a Behavioral Health evaluation on 5/29/19. Behavioral staff do not treat ADHD. SASH medical records are part of Mr. Lewis's medical record. Indexed to medical record on 12/18/2017.
When you were seen on May 29, 2019 by our MHID personnel you were informed that the medication you are requesting are not administered in our facility for ADHD. Our facility does not treat ADHD.
Notes from Medical Evaluation:
Records show that you were diagnosed and treated at SASH for ADHD. Medication that was prescribed to you were Benadryl and hydroxyzine.
MHID advised you that the medication that was taken are not allowed to be given other than what the medication is intended for and that your symptoms are not treated in the jail facility. Upon intake from the state hospital into the jail facility your medication was placed in your personal property and upon departure your medication was released to you. You stated to the MHID that you did not understand why you were not able to receive the medication in the jail facility. MHID again informed you that the medication was not on the formulary and even if you came in with them they cannot be given to you. You stated that you wanted evidence and policies showing that the medication was not allowed. You then stated that you did not want any services from the jail.

**Issue # 2:** The second issue stated in your grievance is that you did not like to be treated in a way that makes you seem as a liar.

**Issue #2 Reply:** On May 24, 2019 I received another request form stating that you had medication taken from you and that whoever was responding to you had no idea what was going on and that it wasn't on the right subject. I went to speak with you and you told me that this incident happened in December 2017. I advised you that according to your request forms you did not specify when this incident occurred and that we were basing your allegations on your current booking. You stated to me that the booking ladies took your medication from you when you entered the facility in December 2017. I stated that our booking ladies do not take, distribute, or handle any medication and that you were mistaken. Then you stated that you were court ordered to take said medication by SASH and that medical took your medication. I then asked that when you were released did you receive the medication that was taken from you. You in turn stated yes but that you were denied the medication in the facility. You became aggressive, so I ended the conversation and advised you that I would set you up to see our Psych doctor and investigate why you were denied said medication upon entering our facility in December 2017.

Officer V. Wilson

*Grievance For Prosecution Misconduct*

*Prosecutor: William Holt Fennster 148th district court*
*Nueces County Tx*
*Corps Christi*

**OFFICE OF THE CHIEF DISCIPLINARY COUNSEL**
**STATE BAR OF TEXAS**
**GRIEVANCE FORM**

**ONLINE FILING AVAILABLE AT http://cdc.texasbar.com.**

## I.   GENERAL INFORMATION

**Before you fill out this paperwork, there may be a faster way to resolve the issue you are currently having with an attorney.**

If you are considering filing a grievance against a Texas attorney for any of the following reasons:

~   You are concerned about the progress of your case.
~   Communication with your attorney is difficult.
~   Your case is over or you have fired your attorney and you need documents from your file or your former attorney.

**You may want to consider contacting the Client-Attorney Assistance Program (CAAP) at 1-800-932-1900.**

CAAP was established by the State Bar of Texas to help people resolve these kinds of issues with attorneys quickly, without the filing of a formal grievance.

CAAP can resolve many problems without a grievance being filed by providing information, by suggesting various self-help options for dealing with the situation, or by contacting the attorney either by telephone or letter.

I have _____ I have not __✓___ contacted the Client-Attorney Assistance Program.

**If you prefer, you have the option to file your grievance online at http://cdc.texasbar.com.**

**In order for us to comply with our deadlines, additional information/documentation that you would like to include as part of your grievance submission must be received in this office by mail or fax within (10) days after submission of your grievance. This information will be added to your pending grievance. Information received after that timeframe will be returned and not considered. Thank you for your cooperation in this matter.**

**NOTE: Please be sure to fill out each section completely.  Do not leave any section blank.  If you do not know the answer to any question, write "I don't know."**

*☆ If you need more info or have any questions at all please respond to the address given on return address.*

0319                                                                                      1

SID # 1012 4152

## II. INFORMATION ABOUT YOU -- PLEASE KEEP CURRENT

1. TDCJ/SID # 1012 4152  ☐ Mr.  ☑ Ms.  Name: Gregory Michael Lewis
   Immigration # NA

   Address: P.O. Box 1529

   City: Corpus Christi  State: Texas  Zip Code: 78403

2. Employer: NA' currently unemployed

   Employer's Address: N.A

3. Telephone numbers: Residence: 361-876-1764  Work: NA
   Cell: 361-876-1764  Mothers Cell #
   Mothers Cell

4. Email: NA

5. Drivers License # 14010074  Date of Birth 1-31-1982

6. Name, address, and telephone number of person who can always reach you.

   Name Sharon Lubianski  Address Corpus Christi TX 78410

   Telephone 361-876-1764

7. Do you understand and write in the English language? Yes
   If no, what is your primary language? English
   Who helped you prepare this form? Nobody, Completed entirely by myself
   Will they be available to translate future correspondence during this process? NA

8. Are you a Judge? No
   If yes, please provide Court, County, City, State: NA Nueces County TX
   Corpus Christi
   148th District Court

## III. INFORMATION ABOUT ATTORNEY

<u>Note:</u>  Grievances are not accepted against law firms.  You must specifically name the attorney against whom you are complaining.  A separate grievance form must be completed for each attorney against whom you are complaining.

1. Attorney name: William Holt Feamster  Address: Nueces County Courthouse
   Prosecutor  or  901 Leopard St
   Holt Feamster  Corpus Christi TX 78401
   DA of 148th District Court

0319



City: _Corpus Christi_   State: _TX_   Zip Code: _78401_

2. Telephone number: Work _NA_   Home _NA_   Other _NA_

3. Have you or a member of your family filed a grievance about this attorney previously?
Yes ___ No _✓_ If "yes", please state its approximate date and outcome. _____

_____ _NA_ _____

Have you or a member of your family ever filed an appeal with the Board of Disciplinary
Appeals about this attorney?

Yes ___ No _✓_ If "yes," please state its approximate date and outcome.

_____ _NA; I want to File appeal on
original Judgement but no one will
help me, due to no money to pay a lawyer_

4. Please check one of the following:
_____ This attorney was **hired** to represent me. _I desperately need legal help?_
_____ This attorney was **appointed** to represent me. _court app attorney don't do
anything_
_____ This attorney was hired to represent **someone else.**
_✓_ _Prosecution Misconduct_   _March 8 2018_
_last court date_
Please give the date the attorney was hired or appointed. _March 8 2018_
Please state what the attorney was hired or appointed to do. _Court appointed attorney
Robert Kehl_
_This is a Grievance for a Prosecutor Holt Feenster_
_out of 148th District court in Nueces County_   _Corpus Christi
TX_

5. What was your fee arrangement with the attorney? _NA_
_My attorney is court appointed Robert Kehl, IA process of Firing Him_
How much did you pay the attorney? _NA, attorney is_
_Court appointed, IA process of Firing court app attorney
Robert Kehl_

**If you signed a contract and have a copy, please attach.**
**If you have copies of checks and/or receipts, please attach.**
**Do not send originals.**

6. If you did not hire the attorney, what is your connection with the attorney? Explain briefly
_This is to Grievance Prosecutor Lillian Holt_
_Feenster out of 148th District Court, Nueces County_
_148th_   _Corpus Christi TX_

0319   _This is not to Grievance court appointed attorney
at time Robert Kehl._

7. Are you currently represented by an attorney? _In process of Firing court app. att._
   If yes, please provide information about your current attorney: _Current Court appointed_
   _attorney is Robert Vela, in process of Firing Robert Vela._

8. Do you claim the attorney has an impairment, such as depression or a substance use
   disorder?  If yes, please provide specifics (your **personal** observations of the attorney
   such as slurred speech, odor of alcohol, ingestion of alcohol or drugs in your presence
   etc., including the date you observed this, the time of day, and location).

   _Have no Knowledge_
   _I don't Know_

9. Did the attorney ever make any statements or admissions to you or in your presence that
   would indicate that the attorney may be experiencing an impairment, such as depression
   or a substance use disorder?  If so, please provide details.

   _Have no Knowledge_
   _I don't Know_

## IV.  INFORMATION ABOUT YOUR GRIEVANCE

1. Where did the activity you are complaining about occur?

   County: _Nueces_   City: _Corpus Christi_

2. If your grievance is about a lawsuit, answer the following, if known:

   a. Name of court _148th District Court in Nueces County_

   b. Title of the suit _Prosecution Misconducts (MisCit)_

   c. Case number and date suit was filed _NA, no lawsuit Filed yet_

   d. If you are not a party to this suit, what is your connection with it?  Explain briefly.

   _Prosecution Misconduct has been committed purposely_
   _against Me._
   **If you have _copies_ of court documents, please attach.**

3. Explain in detail why you think this attorney has done something improper or has failed
   to do something which should have been done.  Attach additional sheets of paper if
   necessary.

   _There is one additional Sheet of_
   _Notebook paper attached Front and Back_
   _Continuous of Explanation_

0319

Explanation of Prosecutor Misconduct

Prosecutor: William Holt Feenster
or
Holt Feenster

Supporting documents, such as copies of a retainer agreement, proof of payment, correspondence between you and your attorney, the case name and number if a specific case is involved, and copies of papers filed in connection with the case, may be useful to our investigation. **Do not send originals, as they will not be returned.** Additionally, please do not use staples, post-it notes, or binding.

Include the names, addresses, and telephone number of all persons who know something about your grievance.

Also, please be advised that a copy of your grievance will be forwarded to the attorney named in your grievance.

In September ~ December 2017, I was ruled mentally incompetent to stand trial out of 148th district court, so on the above date I was at San Antonio State Hospital for mental treatment. While I was at SASH, I was told that a report was going to be given to the courts for the judge to see, and was mandatory for report to be given to Judge. Well the social worker at SASH told me a little of what report consisted of. She specifically told me it had all my mental diagnosis and also said I was a married person. Well Dec 2017 I was been warranted back to Nueces County Jail, and in court my court appointed attorney Robert Vela was asking the Prosecutor William Holt Feenster or Holt Feenster if he had received my report from SASH, which he then answered yes.

Continued on Seperate Sheet of Paper.

0319

5



1 of 2

## Continuance of Explanation!

After prosecutor Holt Feemster said yes he had report, was repeatedly asked by my lawyer for a copy. Prosecutor Holt Feemster would not and did not give a copy to my lawyer and also never gave the sit in Judge at the time whose name was Judge Bandles sit in Judge out of 148th district courts. Judge Bandles had no idea I just came back from SASH, he had no documentation, Holt Feemster never told the judge, or gave the judge any documentation after being repeatedly asked by my lawyer. After while at SASH the social worker told me the report said I was nonviolent, Holt Feemster purposely kept report from courts, and told judge I was violent and should not be let out into society and should be send to prison. He just blatently lied to the judge and the courts saying I was violent when State Hospital report said I was nonviolent. I was observed for three months at SASH by PHD Psychiatrist and Psychologist so why would a Prosecutor make his own mental evaluation that he has no education in and purposely disregarded what my report

said and lied about my mental state, William Holt Feenster told me all my charges would be run concurrent with my deferred probation I was already on, and I asked three if I was going to be convicted he and Mary Joe Cambell said no. Well I get out and my Obstruction charges which was why I was sent to hospital says Deferred Probation and all three counts are convicted felonies. I went on Public records it says 2016 Poss charges Deferred not convicted and 2017 Obstruction charges 3 counts. Deferred and convicted. They lied twice, I addressed this situation, and now they are lying. I have phone conversations to prove, Snapshots on my phone and my Probation officer looked it up and saw himself. My lawyer won't address it, he says I don't work for free, and wanted to charge me $150.00 knowing I have no money. I can prove everything.

P.S This is to Grieve Prosecution Misconduct from Prosecutor Holt Feenster.
I was never even asked how do I plead on the Obstruction charges. Everything was done without my lawyer present.

A I feel there was judicial misconduct, and I feel this judgement, problem needs to be addressed. This was not my Fault.

## V. HOW DID YOU LEARN ABOUT THE STATE BAR OF TEXAS' ATTORNEY GRIEVANCE PROCESS?

| ___ | Yellow Pages | ___ | CAAP |
| ✓ | Internet | ___ | Attorney |
| ✓ | Other | ___ | Website |

## VI. ATTORNEY-CLIENT PRIVILEGE WAIVER

I hereby expressly waive any attorney-client privilege as to the attorney, the subject of this Grievance, and authorize such attorney to reveal any information in the professional relationship to the Office of Chief Disciplinary Counsel of the State Bar of Texas. I understand that it may be necessary to act promptly to preserve any legal rights I may have, and that commencement of a civil action may be required to preserve those rights.

Additionally, I understand that the Office of Chief Disciplinary Counsel may exercise its discretion and refer this Grievance to the Client-Attorney Assistance Program (CAAP) of the State Bar of Texas for assistance in resolving a subject matter of this Grievance. In that regard, I hereby acknowledge my understanding that such discretionary referral does not constitute the commencement of a civil action and that the State Bar of Texas will not commence any civil action on my part. I acknowledge that it is my responsibility to seek and obtain any necessary legal advice with respect to this matter. I also understand that any information I provide to the State Bar of Texas may be used to assist me and will remain confidential for purposes of resolving the issue(s) described above.

I understand that the Office of Chief Disciplinary Counsel maintains as confidential the processing of Grievances.

I hereby swear and affirm that I am the person named in Section II, Question 1 of this form (the Complainant) and that the information provided in this Grievance is true and correct to the best of my knowledge.

Signature: _____  Date: 7-19-2019

TO ENSURE PROMPT ATTENTION, THE GRIEVANCE SHOULD BE MAILED TO:

THE OFFICE OF CHIEF DISCIPLINARY COUNSEL
P.O. BOX 13287
Austin, TX 78711
Fax: (512) 427-4169

A I want to appeal judges criminal judgement due to evidence purposely kept from courts, and prosecutor purposely lying to judge about medical documents and purposely kept from courts that were court ordered. I need real legal help, not court appointed attorney. Help they do not give equal representation as paid legal help.

0319

A.Cur
5-15-19
11:47

NUECES COUNTY SHERIFF'S OFFICE
JAIL DIVISION
INMATE COMMUNICATION FORM

Grievance
Officer

DATE: S-15-19                                    DO NOT WRITE ON BACK OF THIS FORM

NOTE: USE THIS FORM FOR ALL REQUESTS FOR INFORMATION OR SERVICES WHILE IN THE NUECES
COUNTY JAIL.

PLEASE CHECK THE SERVICES YOU ARE REQUESTING:   ☐VISITS/VISITAS          ☐MAIL/CORREO

☐HANDLING OF PROPERTY/CUSTODIA DE PROPIEDAD          ☐FOOD SERVICE/ALIMENTACION

☐INMATE PROGRAMS/PROGRAMAS PARA PRESOS     ☐RELIGIOUS SERVICES/SERVICIOS RELIGIOSOS

☐LIBRARY/BIBLIOTECA     ☐COUNSELING SERVICES/SERVICIOS DE CONSEJO     ☐OTHER/OTRO

☐MEDICAL/SERVICIOS DE SALUD     ☐INMATE CLASSIFICATION/CLASIFICACION DE PRESOS

☐WORK RELEASE/LIBERTAD PARA TRABAJO ☐STAFF TREATMENT OF INMATES/TRATAMIENDO DE
                                          PRESOS POR CARCELEROS
☑GRIEVANCE OFFICER

GIVE THIS FORM TO THE INMATE LIASION OFFICER

INMATE NAME: Greg Lewis          DOB: 1-31-82     SID#: 1024152     UNIT: 1P #14

NARRATIVE: I need to get some kind of formal way to report
a probation to the State of Texas for misconduct. Or is there
a way to Grievance a Probation officer. Example: State Bar
has forms to turn in lawyers for misconduct. How do I do the
same for probation officers for the State of Texas.

_____

_____

INMATE'S SIGNATURE: Greg Lewis

THE FOLLOWING SPACE IS PROVIDED FOR A REPLY TO YOUR REQUEST: _____

You can call the probation department and
ask to file a complaint with the supervisor

5/15

OFFICER'S SIGNATURE: LW

DISTRIBUTION:   WHITE-SERVICE DEPT.     YELLOW-RESPONSE          PINK-INMATE



REGINA LEE
HUMAN RESOURCES MANAGER

COMMUNITY SUPERVISION &
CORRECTIONS DEPARTMENT

1901 TROJAN DRIVE
CORPUS CHRISTI, TEXAS 78416
361-854-4122  •  EXT. 1125

E-MAIL: regina.lee@nuecesco.com



**COMMUNITY SUPERVISION AND CORRECTIONS DEPARTMENT**

William Shull   Director
Tom Lavers   Deputy Director
Lisa Hernandez   Deputy Director

June 12, 2019

To Mr. Gregory Michael Lewis:

Mr. Lewis, thank you for taking the time to bring your concern to our attention here at Nueces County CSCD. We have made inquiries into your assertion that to resolve your court related issue our employee Ms. Mary Jo Gamble must seek to go before the court and change documentation submitted to your attorney and the court. In conducting a review of the charges you are advising should not show as convictions it appears you appeared in court with your legal representation and plead true to the violations. The result recorded by the court was three convictions being placed in your criminal record due to the events which took place in the court that day.

Sir once a conviction is recorded to your criminal record they only possible way to have them removed is to have them expunged in a court setting. That is a legal process for licensed law professionals; we here at probation are not duly authorized to proceed in such matters of the court.  You will need to obtain an attorney and have them determine whether the charges listed as convictions are possible to expunge, not all convictions are qualifying convictions for that process.

Mr. Lewis I am unsure if your employment situation where Baker Hughes declined to hire you was a result of your conviction or you're failing to note there were convictions in your criminal history on your application. Most employers consider it to be a falsification of your application to indicate no convictions when you have them. In most instances it is noted on the application if they find out at the time or in the future they reserve the right to terminate employment. It may seem unfair but it is considered even if you did not know you should have known. Now that you know you have them it would be best to list them accurately because when the background check is completed they will surface.

There are multiple initiatives for second chance employment for those with convictions. That should make it easier in the future for your employment prospects. In an employment setting you historically will not need to disclose arrest but they will request conviction history. You should also not be required to discuss your medical history unless selected. Nueces County CSCD has addressed your issue with Officer Gamble however; because it is a personnel matter I cannot disclose the employment action taken.

Thank you again for bringing this to our attention and allowing us to resolve it in the manner which we can and best wishes in your future endeavors.

Thank you,
Regina Lee SPHR, SHRM-SCP

4.

28. (6-12-19): Answer for Grievance on Probation officer Mary Jo Gamble received

29. (7-16-19): Official Grievance Form From Office of chief Disciplinary Counsel from State Bar Texas received.

30. (7-19-19): Grievance form on Nueces County Court Prosecutor William Holt Feenster or Holt Feenster sent and mailed to Chief Disciplinary Counsel in Austin, TX

31. (7-18-19) called Regina Lee in Human resources for probation in response to her reply to my complaint.

32. Reply received From Grievance procedure Form # 1163

United States Courts
Southern District of Texas
FILED

MAY 16 2019

David J. Bradley, Clerk of Court

Gregory Michael Lewis
SID # 1012415.2
P.O. Box 1529
Corpus Christi Texas 78403


United States District Court
1133 North Shoreline Blvd RM 208
Corpus Christi Texas 78401


Dear SIR or MAM:

   I would like a 42 U.S.C. 1983
form, and instructions for filing.


                        Thank You,
                        Greg Lewis
                        Greg Lewis

# Added Notes!

1. Included in packet is Grievance Procedure Form with explanation, this does not have final reply with it. As soon as I receive it back from Nueces County Jail, I will immediately send to the Federal courts to be with other legal work.

2. In this packet is a lawyer grievance for the Chief Disciplinary Counsel, I have not receive a response from State Bar, as soon as I receive one I will immediately mail to Federal courts to be placed with rest of legal paper work.

3. I do have another Civil Rights complaint, but I take this very serious have never done this before I have proof for what I say, I have no legal counsel and this is scary and hard for me to do. I have no help and will greatly need it. I am doing the best I can.

①

Part 1                               1 of 10

Gregory Michael Lewis
SID# 1012 4152
P.O. Box 1529
Corpus Christi TX  78403

United States District Court
1133 North Shoreline Blvd RM 208
Corpus Christi Texas 78401

## STATEMENT OF CLAIM:

Defendent #1, #2, #3

My name is Gregory Michael Lewis my
date of birth is 1-31-82. The reason For me
writing you is to explain how and when and what
happened that I believe my Civil Rights were
violated. I have no one to go to or have the
money to help with the situation, and cannot
get any answers from people that have involvement
is this issue or get any resolution. I have even
Followed a specific step guidlined grievence procedure
and still cannot collect the paper form needed.
Enclosed in this explanation is documents to prove
grievence procedure. Well lets begin in March
2017, I caught three charges of Obstruction
of Justice or Retaliation, and to this day still
cannot understand how all this happened. Well
in the 148th court Judge Williams ruled
me mentally incompetent to stand trial.

②.

So in September of 2017 I went to the San Antonio State Hospital for mental treatment. I was there from September - December 2017. Well while I was there two doctors one Doctor Baisses the Psychiatrist and Dr. Gray or Grey Psychologist and both of them had their PHD in their practice. Well they called the jail, or Nueces County Jail and specifically told them that I needed to be on an ADHD medication and wanted to start me on it right away. Well when the two doctors called the jail, Nueces County Jail told them absolutely not and no way they were going to let me on it since they knew I had to come back to the jail. Because in December 2017 I was bench warranted back to the jail. Well since the two PHD doctors were told no, my treatment was limited. So they the only medication they could give me was Benadryl, and Hydroxizine Hydroxyzine. Well when I was bench warranted back in Dec. 2017 to Nueces County Jail, the State Hospital in San Antonio sent me with two prescribed medications. Benadryl and Hydroxyzine. Well as soon as I got to the jail they took the medications from me and was told I was not allowed to have them. It

was a nurse I guess in Intake when you
first get there. I asked why her words
were because I was not allowed to have
them. When they said that at that time, I
did not know of formal ways to ask why
or for example grieve the process. How can
you do something if you don't know about it.
And of course they are not going to tell
you. So actually with all that has happened
so far my medication has been denied twice.
There is a full report from State Hospital
(SASH) in San Antonio, no one bothered
to even look at any records or documents at all
that they had at hospital. So Nueces County Jail
had people making medical decisions that
weren't qualified enough, and also made medical
~~decisions~~ decisions without looking at any medical
records. Also the forensic social worker before
I left San Antonio State Hospital sent
and received confirmation from the 148th courts
or Prosecutor Holt Feemster three times.
Meaning report was sent three times. Well
in January 2018 I started going back to the
courts in the 148th, Judge Williams was
since then off his seat. His temporary
sit in judge was judge Banales. Well judge
Banales had no idea of me ruled mentally
incompetent and getting back from receiving

9.

treatment at Mental Hospital in San Antonio. Well my attorney Robert Vela had asked prosecuter Holt Feenster if he had received report from State Hospital and if he himself Holt Feenster would give a copy to my attorney. So Judge Banales and my attorney have still not received any report or copy of report. Holt Feenster admitted to having the report State Hospital, and with my attorney Robert Vela asking for it multiple times never got to see the report. All of this took place in court, so I am sure that there are transcripts from the courts to prove what I am saying. And to this very day no one in that court in the 148th has ever seen the report. Holt Feenster purposely kept it from the courts, Judge Banales, and my attorney. He purposely kept it from the courts on purpose for what reason I do not know. I say he purposely did it because when courts asked for it he would have given the full mental report to my attorney and Judge Banales. I believe that I had an unfair sentence due to kept evidence by Holt Feenster from the courts. When I was at SASH, I was under very through observation from multiple psych doctors, and other licensed medical

staff with proper credentials to Full Fill
duties for my treatment. I was specifically
told by my special one on one mental medical
staff group that my report was specifically
For the courts, and highly important. And
even to this day it was like no one ever knew
of my treatment. Everything was purposely
kept from the courts. I keep telling people
but because I have no money no one will help
me.

Why Civil Right Violations, In my eyes
1. Important evidences, Facts and documentation
was purposely kept from courts to make accurate
judgement.
2. I feel my treatment was not to Full
ability to help me due to denile of medication
From treatment Suggested by PH PHD
medical doctors.
3. Medication was given to me From SASH
and Nueces County Jail take From me, and
had no reason or medical training to due So.
American Dissabilities A o T
    STCPS TO Resolve Problem.
   I have since then learned of grievance process
that I had no knowledge of in the past. I
have Followed the proper guidlines given to obtain
grievance on denile of Medication. I feel
this is a violation of my Civil Rights with

6.)                                                  6 of 10

the American Dissabilities Act. Since
starting the grievance grievance procedure
I have was told they don't give or
prescribe the medication that SASH
wanted to start me on, being medication
For ADHD, for example Adderal and
other meds as well for sleeping. SASH
was already going to have it prescribed
and when I returned to the county jail
send it with me. All Neeces County Jail
had to do was supervise me while I took
it. Well the only answer I have been given
is they don't prescribe it or give it, and
when asked cannot give sufficient answer.
Enclosed in my statement of claim is copies
of documentation Following grievance procedure,
and their response. I have clearly stated
multiple different times ask why was
medication denied and taken from me for
no reason, and without investigating my
medical records before making decision. They
keep putting answers that don't make sense, they
are doing this on purpose and trying to avoid
the situation and my questions due to what
has happened. They keep accusing me of asking
for narcotics, not one single time in any
one request form has that ever been asked,
and I have documentation to clearly show and

(7.)

prove what I am trying to say. On May-15-2019 the grievance officer came to talk to me about the situation twice in one day. When she First came, being Mrs. Wilson the grievance officer for Nueces County Jail, I told her a very detailed Factual event with dates of what happened and everything, and specifically told her where records of proper documentation was for everything and where to find. Well that same day a couple hours later, came back to talk to me without looking anything up, she never looked up a single report or anything. she had no knowledge of anything except what she had been told by me, and told me to my Face I was lying about everything and the whole thing was made up. She especially said I was lying about the medication SASH sent me back to jail with. Benadryl, Hydroxyzine, my jail property records from December 2017 should show I had it, and SASH should show it was sent with me. And the two doctors from SASH can confirmed they called the jail and was told no. I looked in the Nueces County Jail hand book and it says nothing about medication. I have a history of Psych meds dating back to my teenager days.

8.

Source of Medical Records and Medications.
1. Dr. Main
2. Dr. Pinkley
3. Fort Campbell
4. San Antonio State Hospital
5. Crisis Center in San Antonio

I have been on numerous Medications.
SASH was supposed to get me right
medication that works for me with fewest
side effect, I feel that was altered
due to the county Jail. True mental
treatment was ordered by Judge Williams
From 148th court, and due to Nueces County
Jail it was prevented, that is how I truly
felt. I went to SASH with the means
of truly getting professional help I truly
needed, and was not able to happen due to
Nueces County Jail leading role in denile
of medical expert advise for treatment
in regards to Medication.
               My Relief!
I am hoping to get relief in that this
will not happen again, and that someday I
will be able to get proper mental help. I
struggle a great deal with not having
right medication, it is hard to properly
function and succeed in life when you can't
get right medication, I am also hoping

to resolve my issue with Nueces County Jail.

### Financial Background

I have no financial ability to get help with this situation, I can't get a lawyer due to financial state. My last source of income was in February 2019 from DBI services in San Antonio for a check of less than $100.00, records can be obtained. I have also sent request forms to the jail for last six months records for inmate trust account but somehow I keep getting no responses, I have documentation to prove.

### Conclusion

This is a written explantion entirely based factual events that has happened. I am not an attorney so I can only provide a timeline of what happened and to help provide enough information about as much proof and evidence as possible to help with my situation. There is no fiction in this explanation what so ever, I hope to achieve the justice that I am looking for, legally by the court of law.



# STATEMENT of CLAIM:

Including Defendents 1-3

#1 Nueces County Jail
#2 Nueces County Texas
#3 Nueces County Sheriffs Office

# DECLARATION:

Part 1 Explanation

Every thing that is stated or alleged by the person who wrote it being myself, Gregory Michael Lewis, (Greg Lewis), is true.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 24 day of July in 2019

Greg Lewis

Signature of plaintiff

Part 2

1 of 8

Gregory Michael Lewis
SID # 1024152
P.O. Box 1529
Corpus Christi Tx 78403

United States District Court
1133 North Shoreline Blvd Rm 208
Corpus Christi Texas 78401

## STATEMENT OF CLAIM:
Defendant #2, #4, #5

This I am writing is a statement of claim
against defendant #2 Nueces County, #4
a Prosecutor named William Holt Feenster,
#5 Mary Joe Gimbell a probation officer.
Holt Feenster and Mary Joe Gimbell
are all out of the 148th district court
out of Nueces County, which is where everything
that is going to be discussed and explained
in this statement took place.
    In March 2017 I was taken to Nueces
county jail for nine different charges. Four
counts of Obstruction of Justice or retaliation,
four counts of terroristic threats and one

2 of 8

count of resisting arrest, I was for sure
they had the wrong person, I never had any
altercations or any verbal disputes with
anybody. Well to only hit the high points
I was ruled mentally incompetent to stand
trial in 2017 out of the 148th district court
by Honorable Judge Guy Williams. In
September of 2017 I went for mental
treatment to San Antonio State Hospital
or SASH that was ordered by Judge Williams.
I was at SASH from September - December
of 2017. While I was there I was told
that everything I did along with all mental
Diagnoses and all medications and all day to
day behavior was put in a report at the end
and sent to the courts for the judge to see.
Before I left the hospital I asked my
Social worker what was in my report that
was being sent to my courts. She touched
on just very basics, she said it had my
mental diagnoses along with recommended
medication to help cope, and also she
said that in the report it stated that I
was nonviolent. The fact that she
told me I was nonviolent that was stated

3 of 8

in the report is very important. I was
bench warranted back to Nueces County
Jail in Dec 2017. Well by March 8 2018
I had been to court two to three times
already, my lawyer Robert Vela kept
ask the prosecutor for a copy of the report
from SASH. The Prosecutor Holt Feemster
had admitted to having the report from
SASH, but when asked by my lawyer
multiple times for a copy for the courts he
would not produce the report. I truly
believe that Prosecutor Holt Feemster
purposely with held the report from my
lawyer and also the judge. I don't ever
think that at the time ~~Judge Banales~~
Judge Banales the sit in judge for the
148th district court had any idea I just
came from SASH that was court ordered.
Holt Feemster specifically told the judge
with records to prove that I was violent
and should not be let into society and
should be sent to prison. So knew he deliberately
with held the report from the courts, he
admitted to having it, and he lied to the
judge and said I was violent when my

4 of 8

social worker at SASH specifically told me
I was non-violent and was included in the
report. It does not make sense for a
PHD Psychiatrist and Psychologist who
are medically licensed and trained to make
a mental diagnosis, and have a certain prosecutor
keep the report of mental state and mental
illnesses that I have, keep from courts, and have
a prosecutor do his own mental evaluation
on me, when he is not even qualified. Everything
Holt Feenster said about me in court was
the exact opposite of what my Psychiatrist
and psychologist mentioned in the reports. He
made me out to be a violent monster, who
should be incarcerated, which Mental Hospital
report concluded the opposite. Prosecutor Holt
Feenster and head Probation officer Mary I.
Gambell approached me in court before it had
started, without the presence of my attorney
Robert Vela who was court appointed, and
told me what was going to happen. They told
me with no legal representation present
that my 3 counts of Obstruction of Justice
charges in 2017 were going to be ran concurrent
with my 2016 possession charge that

was currently on deffered probation. So the 2d6 poss charge on deffered probation with no felony convictions and 2d7 obstruction of Justice charges 3 counts would also be put on deferred probation with no felony convictions, I made sure because I asked them three times will everything be on deferred probation with no felony convictions, and they agreed with me all three times. On March 8 2018 all this happened and my probation was transferred to Bexar county in San Antonio TX. My probation officer was Geraldo Morales. Well in April or May of 2018 I applied at BJ's Services in San Antonio, and came to find out would not hire me due to felony convictions, I argued and said thats wrong according to what Holt Feemster and Mary Jo Gamble both told me. Well I immediatly called Mary Jo Gamble and told her what happened. She then started to lie and deny any of it, but said you can be convicted on deferred, I told her she specifically said I wouldn't. I even told my court appointed attorney Robert Keh, he replied I don't work for Frost. He would not even address

6 of 8

the problem. I went to the Nueces County
website to look up my public criminal records
which I found. Heres what it said online.
1. 2016 poss. controlled substance
   Deferred Probation no Felony convictions
2. 2017 3 counts of obstruction of justice
   or retaliation.
   Deferred Probation with 3 felony
   convictions.

    I couldn't believe it, so with my phone
I took a snapshot of it on my phone.
In San Antonio I went in person to
a lawyer named Nick Lahood and even
showed him. I asked around and came to
find out there are no felony convictions
on deferred, so why did I have them. I
have told numerous people. Since I have
been in Nueces County Jail I addressed
this problem again with Mary Jo Gamble
on the phone, with written documentation
of date and time phone call was made. She
basically said off well not her problem. I
told her, if I had a paid lawyer that
Holt Forrester and herself would not have

gotten away with what they have
purposely done. I say purposely done
because, documentation and records were
not presented to court when repeatedly
asked and a problem was not addressed
when brought to their attention multiple
times. I was recently served with a
document now showing 3 counts of
Obstruction charges are now adjudicated
and not on deferred. I have proof of
evidence showing different Judgements on
different forms of documents. Since one
is changing things on my behalf on their own
or as they please. So in conclusion my public
records show everything on deferred, and now
I have a document saying different. I have
snapshots of the website on my phone, and
San Antonio Probation Officer Geralda Morales
confirmed everything on deferred and convicted
as well. Now the obstruction says Adjudicated
Someone recently took it upon themselves to
change that. I can prove everything.

Conclusion:
Everything stated in this explanation is

8 of 8

a timeline of factual events. Everything
I have stated can be proved through certain
documents such as phone records, online
proof, snapshots or pictures taken on my
phone, and other People that have seen and
confirmed what I have said. This
situation is getting worse, and after being
addressed many times, nothing gets done.
I am not a lawyer so I can only
explain what has happened and provide
proof and evidence for everything I say.

Statement of claim:
Including Defendents
#2 Nueces County Texas
#4 William Holt Feemster or
Holt Feemster
Prosecutor in 148th district court Nueces county
Corpus Christi TX
#5 Mary Jo Gamble
Head Probation Officer in 148th district court

DECLARATION:
Part 2 Explanation
Every thing that is stated or alleged by the person who wrote it being myself, Gregory Michael Lewis or Greg Lewis is true.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on 24 day of July in 2019

Greg Lewis

Signature of plaintiff

1 of 6

Part 3
Explanation Overall Conclusion
Part 1 + Part 2
Defendants # 1, 2, 3, 4, 5

In this conclusion of both explanations
of part 1 and part 2 there have been two
different civil rights that have been
violated, the two civil rights are the
Americans with Disabilities Act known
as the (ADA), and the second civil rights
or right deals with freedom of speech.

We will discuss the first civil right
violated, (ADA) this one was violated
and stated is my medical history to help
support. I have been on numerous different
psych meds since I was a teenager to
help with mental problems such as Anxiety
disorder, B. Polar disorder, ADHD. Some
doctors involved are Dr. Mejia, Dr. Pinkley.
I have a report from the San Antonio
State Hospital with mental diagnosis of ADHD
and there could be more. There are also records
at the Crisis center in San Antonio TX
and also medical records at Fort Campbell KY.
There is all types of documentation

2 of 10

The actions that were deliberately and purposely committed against me in this document will explain why. There is a prosecutor off out of the 148th district court in Nueces County Tx named William Holt Feenster or also Holt Feenstra. When I was bench warranted back from San Antonio State Hospital or SASH I had went back to court on more than one occasion. There was a report from the State Hospital that was sent to the courts, as stated by the Forensic Social worker at SASH she replied, it was sent and received three times with confirmation but not sent to my lawyer. While at SASH I was told the report was specifically to be seen by the Judge in his said court. I was told by my social worker at SASH the report contained all my mental diagnosis and stated that I was nonviolent. So here we are in court with very court appointed attorney Robert Vela, prosecutor Holt Feenster, Head Probation Officer Mary Jo Gambell, at time sit in Judge whose last name was Banales.

3 of 10

Here you will understand how I was singled
out, and purposely with repeated actions
had actions of Multiple types of Misconduct
committed against me performed by numerous
types of officials in the court all together
at that time, and how it was all done to
me because of mentall illnesses I am
diagnosed with and hey they preyed on
me because of it and did what they
did to me. When everybody was in court and
its session had started, my attorney
Robert Vela who did not have my report
from SASH due to never receiving it asked
Holt Feenster if he had received it and if
he had it, Holt Feenster replied with a yes,
or to be exact shook his head up and down in
a yes gesture as I witnessed the whole
thing. After being repeatedly in asked in
different court appearances Mr. Feenster
would not give a copy to Mr. Robert Vela,
or the courts or presented the report to
the Judge as is court ordered or by law.
He deliberately kept my report from SASH
on purpose, if it wasn't on Purpose report
would have been showed. Judge Morales

4 of 10

the whole time never ever knew of my
treatment at SASH. Holt Feenster
never gave any type of evidence or
anything. if the Judge knew he would
of asked to see the reports. Holt Feenster
then stood in Front of the Judge in court
Session with everybody present and as
transcripts would state that I was
a threat to society and should not be let
out in public as I am violent and should
be put in prison. I was previously told
at SASH by social worker that report
had stated I was nonviolent. So in conclusion
Holt Feenster purposely held evidence of
medical documents written and made up of
some P.H.D doctors such as Psychiatrist by
name of Dr. Baisses and Psychologist by
name of Dr. Grey who in their observance
had written a conclusion of Mental illnesses
I had and such medications needed to treat.
He purposely with held medical documents
and blatently lied about my mental state,
after having report and knowing what it
said deliberately gave false statements
then acted as a Mental Health Specialist

Sept 10

who he has no qualifications to act as or speak of and gave his own mental evaluation of me. In conclusion, kept demands from court, lied about my mental state, and impersonated being a mental doctor with no such records to show he is was Fit to do sam. The main reason for his actions was he knew due to mental state I had, I would not be able to do any thing about or know how to cope with. Statutory I was properly discriminated against, Feenster knew of my disabilities and because of that acted on multiple different counts of misconduct which was a major violation of the Americans with Disabilities Act or ADA. All this was started as being ruled mentally incompetent to stand trial on accounts of Obstruction of Justice or Retaliation in the 148th district court and court ordered treatment by Honorable Judge Guy Williams.

6 of 10

Another type or form of action that was committed against me that violated or again civil rights dealing with the (ADA) now involves Prosecutor Holt Feensteer and Head Probation Officer was when they came into court and when I was also specifically stated that Case # 17FG-1179E and counts 1-3 would be on Deferred Probation and would be ran concurrent with case #CR1500 2593-E. So after I asked Mary Jo Gambell numerous times with Feenster present which she confirmed more than once stated as Followed

Case # 17FC-1179@E counts 1-3
case # CR1500 2593-E
- all ran concurrent and all on Deferred Probation which specifically told there were to be no Felony convictions. As that was said, I was basically told that was going to happen and could do nothing about it. I was never asked how do I plea, that day I remember in court waiting to be asked how do I plea, so I could say no and opportunity never came. I told my lawyer who was present, and save me

Tof 10

attitude and what he was telling me, I had no idea of any understanding of what the hell he was talking about. Well basically I was lied to about everything about what was told. This is where the civil rights violations dealing with the ~~ADA~~ (ADA) comes in. As explained in Part 2 explanation of being deferred and evicted and was lied to violates civil rights. This situation was once again and deliberately ~~do~~ to me and I say that because after many times of addressing Mary Jo Gambrell who lies about everything and Robert Kelm saying I don't work for free. With proof shown nobody does anything it was done on purpose. They knew I have no mental capacity to deal with everything after knowing of my mental ~~disabilitiess~~ disabilities they rejected me. They knew I had no money either so I can't get a lawyer to help me stop it and with unequal representation from Robert Kelm they would be able to get away with their actions due to my incapabilities. ~~All~~ that all I was purposely discriminated against

8 of 10

purposely not given equal representation and purposely kept legal medical documents of my mental dissabilities from courts because there was absolutely no way anybody would listen to me or believe me. I was purposely discriminated against because of my diagnosed mental illness.

Nueces County Jail also violated my civil rights that involves the Americans with dissabilities Act or (ADA) as well, and the whole explanation is attached to the grievance procedure form included with this packet of legal paper that deals with this.

There is one more Civil Right that was violated and that was Freedom of speech. I was charged with three counts of Obstruction of Justice or retaliation. And also I was ruled mentally incompetent to stand trial with these charges and was sent to San Antonio State Hospital, there is a report from SdSH in my medical records. I had went to try and tell some people about what nueces

county was doing to me and they put three counts of Obstruction charges on me against three people to this day I never seen met or have had any contact with what so ever I don't even remember who they are. I had also written some personal thoughts of mine in my journal about them that were negative ~~...~~ but ~~...~~ nothing drastic, I never told anybody about it, Never showed anybody about it, I even forgot that was in there and not knowing turned in for evidence. I can say whatever I choose, freedom of speech = freedom of self-expression with no restriction. Nueces County also did this knowing my mental state knew they could get away with it which violates (ADA).

So no justice was obstructed and nothing was retaliated on. I tried to tell somebody what was happening and they knew that and purposely put false charges on me.

With all this explained it is clear that Nueces County Jail,

10 of 10

Half Feenster, Mary Jo Gambell were all involved in deliberate display of acts that were done in misconduct and showed immoral and unethical values.

Which act came was multiple and numerous different occassions of violation of civil rights involving Freedom of speech and Americans with Dissabilities Act or (ADA). There has been Falsification of legal paperwork that Nueces County has given with records to prove and in my response from My Grievance they have even lied. In my grievance response #1163 talks about me being aggressive when She lied that is not at all true there was a scene there with me the whole time that that never even happened. Conversation was cut short because she was busted calling me a liar without even looking any thing up. The response still doesn't in my eyes address the problem. The probation response from Regina Lee states she never investigated any thing the records are all there she never looked her remarks show she was covering every thing up.

# DECLARATION:
## Part 3 explanation

Everything that is stated or alleged by the person who wrote it being myself, Gregory Michael Lewis Greg Lewis is true.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on 24 day of July in 2019

Greg Lewis
_____

signature of plaintiff