UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GREGORY MICHAEL LEWIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-228 |
| | § | |
| NUECES COUNTY JAIL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation (M&R), entered on January 27, 2020. (D.E. 21). The M&R recommends that the Court dismiss this action under Federal Rule of Civil Procedure 41(b).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R.[1] *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the magistrate judge's memorandum and recommendation is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the

---

[1] Plaintiff's mail was returned as undeliverable. Since then, the Court has waited an appropriate amount of time for an updated address. As a party, Plaintiff is required to keep the Court apprised of his current address at all times and has failed to do so.

M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 21). Accordingly, this action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b).

SIGNED and ORDERED this 24th day of February 2020.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE